# EXHIBIT B

VIRGINIA:

IN THE FAIRFAX COUNTY CIRCUIT COURT

JANET BEASLEY,

    Plaintiff,

v.                                           Case No. 2012-10364

RED ROCK FINANCIAL SERVICES, LLC,

    Defendant.

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant Red Rock Financial Services, by counsel, hereby notifies this Court pursuant to 28 U.S.C. § 1446(d) that Defendant has removed this action to the United States District Court for the Eastern District of Virginia, Alexandria Division. Defendant's Notice of Removal is attached as Exhibit A.

Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court for the Eastern District of Virginia, Alexandria Division, together with a filing of the copy of the Notice of Removal in this Court as attached to this Notice, effects the removal of the above styled action.

                                                              RED ROCK FINANCIAL SERVICES, LLC
                                                             *By Counsel*

JORDAN COYNE & SAVITS, L.L.P.
10509 Judicial Drive, Suite 200
Fairfax, Virginia 22030
(Tel.) (703) 246-0900
(Fax) (703) 591-3673

By _____
    Virginia M. Sadler, VSB No. 48736
    *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Filing of Notice of Removal was sent via U.S. Mail, postage prepaid, this 15th day of November, 2012, to:

>Ernest P. Francis, Esquire
>ERNEST P. FRANCIS, LTD.
>1655 North Fort Myer Drive
>Suite 700
>Arlington, Virginia 22209
>*Counsel for Plaintiff*

Virginia M. Sadler

2