IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANET BEASLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )    Civil Action No.  1:12-cv-01312 (AJT/TRJ) |
| | ) |
| RED ROCK FINANCIAL SERVICES, | ) |
| LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

This matter is before the Court on Plaintiff Janet Beasley's Consent Motion to Continue Final Pre-Trial Conference [Doc. No. 16] ("the Motion"). Upon consideration of the *Motion*, *it is* hereby

ORDERED that Plaintiff's Consent Motion to Continue Final Pre-Trial Conference be, and the same hereby is, DENIED; provided, however, that in lieu of personally appearing before this Court for the 10:00 a.m. pre-trial conference, Plaintiff's Counsel, Ernest P. Francis, may: (1) arrange to have another attorney appear on his behalf; (2) participate via telephone; or (3) provide all available trial dates for the months of March, April, and May, to opposing counsel in advance of the pre-trial conference.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 11, 2013