## ** CIVIL MOTION MINUTES **

Date:  3/1/2013　　　　　　　　　　　　Judge:  Trenga
　　　　　　　　　　　　　　　　　　　　Court Reporter:  R. Montgomery
Time:  10:19 a.m. – 10:32 a.m.

Civil Action Number:
　　1:12cv01312 - Janet Beasley v. Red Rock Financial Services, LLC.
　　1:13cv00206- Gordon Beasley v. Red Rock Financial Services, LLC

Appearances of Counsel for:　　☒ Plaintiff(s)　　☒ Defendant(s)

Motion to/for:
1:12cv01312 - [19] Motion to Consolidate Cases by Deft
1:13cv00206 - [2] Motion to Consolidate Cases by Deft

Argued &
☒ Granted　　☐ Denied　　☐ Granted in Part/Denied in Part
☐ Taken Under Advisement　　☐ Continued to:

- The Court advises the Parties that there is a mandatory instruction for the parties to participate in good faith mediation.
- The Court consolidates the above cases for purposes of trial w/o prejudice to any claim that the Beasleys are entitled to separate statutory damages. The Court finds that the trial date previously scheduled in 1:12cv01312 for **04/09/2013** is sufficient to allow both cases to proceed at that time. The Discovery deadlines for both cases will be consolidated.
- The Court will allow the Pltfs an opportunity to designate an expert as to Mr. Beasley's health and will allow the Deft to depose the expert as well as Mr. Beasley.
- Parties can take up any pretrial related matters w/ the Magistrate Judge by filing an appropriate motion.

☒ Order to follow