IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Janet Beasley                         )<br>                                              )<br>            Plaintiff,         )<br>     v.                                    )<br>                                              )<br>Red Rock Financial Services, LLC,  )<br>                                              )<br>            Defendant.      )<br>_____ ) | Civil Action No. 1:12-cv-1312-AJT-TRJ |

### O R D E R

Upon review of the parties' submissions dated March 15, 2013, it is ORDERED that the settlement conference scheduled for March 26, 2013, is cancelled and removed from the docket.

ENTERED this 18th day of March, 2013.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia